UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILE.
DOC #: _____
DATE FILED: __MAR 1 6 2020

---

Graciela Bretschneider Doncouse,

Plaintiff,

—v—

Capital Grille Holdings, Inc., *et al.*,

Defendants.

Case No. 19-CV-9905

ORDER

---

ALISON J. NATHAN, District Judge:

The initial pre-trial conference currently scheduled for March 27, 2020 is hereby adjourned to April 21, 2020 at 11:00 a.m.

SO ORDERED.

Dated: March __6__, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge