```
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Graciela Bretschneider Doncouse,

                Plaintiff,

             –v–

Capital Grille Holdings, Inc., *et al.*,

                Defendants.

19-cv-9905 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The initial pre-trial conference currently scheduled for April 21, 2020 is hereby adjourned *sine die*.

    SO ORDERED.

Dated: April 20, 2020
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge